IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
**No. 5:13-cv-28-BO**

| | | |
|---|---|---|
| JOSEPH GREENE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER, | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This action being submitted to the Court for entry of an Order for attorney's fees under

the Equal Access to Justice Act, and it appearing that the parties have agreed that the

Commissioner of Social Security should pay the sum of $3,662.50 for attorney fees (29.3 hours

at $125 per hour), in full and final settlement of all claims due against the Social Security

Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA).

28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to plaintiff, the

sum of $3,662.50 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C.

§ 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

This ___1___ day of __April__, 2014.

_____
United States District Judge